**ALEXEI SCHACHT**
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

November 17, 2020

**BY ECF**

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Steven Justo, et al., 20 Cr. 135 (JMF)*

Dear Judge Furman:

I write on behalf of my client, Steven Justo, who is housed at the Hudson County Correctional Center (HCCC) in New Jersey, to ask that your Honor Order the HCCC to permit my client to have more than one-hour per week in the jail library to review the discovery in the case.

As the Court is aware, there is an incredibly large amount of evidence in the case and my client has not had enough time to review it. The HCCC only permits him one hour per week in the library. This is insufficient. So my request is that Mr. Justo be permitted to use the library at least one hour per day, 5 days a week, or at least 5 hours in a single day per week.

Unfortunately the HCCC has told me that the Order must be sent directly from the Court to the jail or they will not honor it. So I ask that should the Court order this relief that it be sent to June McCall (Law Library Liaison) at jmccall@hcnj.us and to the HCCC's Director, Ronald P. Edwards, at redwards@hcnj.us.

The Honorable Jesse M. Furman
November 17, 2020
Page 2

Thank you for considering this request.

Respectfully submitted,

/s/ *Alexei Schacht*

Alexei Schacht

cc:   All counsel of record (by ECF)

Given the nature of this case and the scope of discovery, the Court certainly agrees that the Defendant needs more than one hour per week of library time to review discovery.  Accordingly, the HCCC is ordered to provide the Defendant with more library time.  The Court will leave it, in the first instance, to the HCCC (after conferring with counsel) to decide how much time to give the Defendant, recognizing that counsel can always seek further relief if need be.  The Government is ordered to provide a copy of this endorsement order to the HCCC and to make reasonable efforts to ensure that the Defendant is given adequate time in the library to review discovery.  The Clerk of Court is directed to terminate Doc. #287. SO ORDERED.

November 18, 2020