March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

STEVEN JUSTO

                   Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S5 20 -CR- 135 (JMF) ( )

Defendant STEVEN JUSTO hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**X** Misdemeanor Plea/Trial/Sentence

_STEVEN JUSTO /AS_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**STEVEN JUSTO**
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**ALEXEI SCHACHT**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 27, 2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge